DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DELITA K.T. PAGAN,

Appellant,

v.

AMERICAR SALES, LLC,

Appellee.

No. 2D2025-1371

_____

August 14, 2026

Appeal from the County Court for Pinellas County; Edwin B. Jagger, Judge.

Delita K.T. Pagan, pro se.

No appearance for Appellee.

PER CURIAM.

Affirmed.

MORRIS, ROTHSTEIN-YOUAKIM, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.